IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNY BULLOCK, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-CV-00438-TES-CHW |
| | * |
| WARDEN WALTER BERRY, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 14th day of March, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk